IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00972-ZLW-PAC

MELISSA HILL,

    Plaintiff,

v.

BRIGHTON FEED AND FARM SUPPLY, INC.,

    Defendant.

_____

### ORDER
_____

This Court has been advised by Magistrate Judge Patricia A. Coan that this case has settled.  In consideration thereof, it is

ORDERED that this case is held in abeyance pending the filing of settlement papers.  It is

FURTHER ORDERED that settlement papers shall be filed on or before November 8, 2005.  If by that date settlement papers have not been received by the Court, on November 15, 2005, the case will be dismissed without prejudice.

DATED at Denver, Colorado, this   26   day of October, 2005.

                BY THE COURT:

                s/ Zita L. Weinshienk
                _____
                ZITA L. WEINSHIENK,  Senior Judge
                United States District Court