IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  05-cv-00972-ZLW-PAC

MELISSA HILL,

    Plaintiff,

v.

BRIGHTON FEED AND FARM SUPPLY, INC.,

    Defendant.

_____

### ORDER OF DISMISSAL
_____

    The matter before the Court is a Stipulated Motion For Dismissal With Prejudice, signed by the attorneys for the parties hereto.  In consideration thereof, it is

    ORDERED that the Stipulated Motion For Dismissal With Prejudice is granted.  It is

    FURTHER ORDERED that the Complaint and cause of action are dismissed with prejudice, the parties to pay their own costs and attorneys fees.

    DATED at Denver, Colorado, this  9  day of November, 2005.

                            BY THE COURT:

                            s/ Zita L. Weinshienk
                            _____

                            ZITA L. WEINSHIENK,  Senior Judge
                            United States District Court